**MATTHEW RIGHETTI          {121012}**
**JOHN GLUGOSKI              {191551}**
**MICHAEL RIGHETTI          {258541}**
**ANGELA RESTON-NUNEZ {293167}**
**RIGHETTI · GLUGOSKI, P.C.**
456 Montgomery Street, Suite 1400
San Francisco, CA  94104
Telephone: (415) 983-0900
Facsimile: (415) 397-9005

Attorneys for Plaintiff

**STEVEN ELLIS              {171742}**
**GOODWIN PROCTER LLP**
601 S. Figueroa Street St., 41st Floor
Los Angeles, California 90017
Telephone: (213) 246-2500
Facsimile: (213) 623-1673

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALAN HERNANDEZ,** an individual | **No.** 2:12-cv-09271 DMG (JEM) |
| Plaintiff, | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE  [58]** |
| vs. | |
| **ALLIED INTERSTATE, INC., ALLIED INTERSTATE, LLC** and DOES 1 through 50 inclusive, | |
| Defendants. | |

**1**  On the stipulation of the parties, and good cause appearing therefor,

**2**  IT IS ORDERED that this action be DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

**3**

**4**  Dated: February 13 , 2014

**5**

**6**

**7**  _____
Dolly M. Gee
United States District Judge